## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| BOSCH AUTOMOTIVE SERVICE SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTEL, US INC. and AUTEL INTELLIGENT TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No.: 4:13-cv-10534-TGB-APP <br><br> Judge Terrence G. Berg |

___

## STIPULATION OF DISMISSAL

The parties, through their respective counsel, stipulate that this matter, including all claims and counterclaims, may be dismissed with prejudice and without costs.

| | |
|---|---|
| BOSCH AUTOMOTIVE SERVICE SOLUTIONS INC. <br><br> By:  /Timothy M. McCarthy <br><br> Timothy M. McCarthy <br>    tmccarthy@clarkhill.com <br> John E. Berg (P40428) <br>    jberg@clarkhill.com <br> CLARK HILL PLC <br> 130 E Randolph St., Suite 3900 <br> Chicago, Illinois  60601 <br> Tel:  (312) 985-5561 <br> Fax: (312) 985-5961 <br><br> Dated:  January 5, 2017 | AUTEL, US INC. and AUTEL INTELLIGENT TECHNOLOGY CO., LTD. <br><br> By:     /Thatcher R. Rahmier <br><br> Keith A. Walter <br>    keith.walter@dbr.com <br> Zhun Lu <br>    zhun.lu@dbr.com <br> Thatcher A. Rahmeier <br>    thatcher.rahmeier@dbr.co <br> DRINKER BIDDLE & REATH LLP <br> 222 Delaware Ave., Suite 1410 <br> Wilmington, DE 19801 <br> Tel: (302) 467-4200 <br><br> Daniel D. Quick <br>    dquick@dickinsonwright.com <br> L. Pahl Zinn |

pzinn@dickingsonwright.com
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084-3312
Tel: (248) 433-7242

Dated: January 5, 2017

SO ORDERED.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:   January 6, 2017
         Flint, Michigan