AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the Eastern District of Michigan____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>13-10534 | DATE FILED<br>2/8/2013 | U.S. DISTRICT COURT<br>for the Eastern District of Michigan |
|---|---|---|
| PLAINTIFF<br>Bosch Automotive Services Solutions, Inc | | DEFENDANT<br>Autel.US Inc et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | see attached |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 1/6/2017   STIPULATED ORDER DISMISSING CASE |

| CLERK<br>David J. Weaver | (BY) DEPUTY CLERK<br>S. Schoenherr | DATE<br>9/11/2017 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

MIED (Rev. 05/08) Report on the Filing or Determination of an Action Regarding a Patent or Trademark

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

SERVICE SOLUTIONS U.S. LLC

Plaintiff(s),

Case No. 13-10534

v.

Judge Julian Abele Cook

AUTEL.US INC. and AUTEL INTELLIGENT TECHNOLOGY CO., LTD.

Magistrate Judge Laurie J. Michelson

Defendant(s).

### REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ☑ Patents or ☐ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,904,796 | June 14, 2005 | SERVICE SOLUTIONS U.S. LLC |
| 2 | 7,623,025 | Nov. 24, 2009 | SERVICE SOLUTIONS U.S. LLC |
| 3 | 7,639,122 | Dec. 29, 2009 | SERVICE SOLUTIONS U.S. LLC |
| 4 | 8,035,499 | Oct. 11, 2011 | SERVICE SOLUTIONS U.S. LLC |
| 5 | 8,058,979 | Nov. 15, 2011 | SERVICE SOLUTIONS U.S. LLC |
| 6 | 8,072,320 | Dec. 6, 2011 | SERVICE SOLUTIONS U.S. LLC |
| 7 | 8,183,993 | May 22, 2012 | SERVICE SOLUTIONS U.S. LLC |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: February 8, 2013

s/John E. Berg
P P40428
CLARK HILL PLC
500 WOODWARD AVENUE
SUITE 3500
DETROIT, MI 48226
313-965-8417
jberg@clarkhill.com